STATE OF NORTH CAROLINA v. MANUEL RUSH

No. 7520SC406

(Filed 17 December 1975)

APPEAL by defendant from *McConnell, Judge.* Judgment entered 24 January 1975 in Superior Court, UNION County. Heard in the Court of Appeals 4 September 1975.

Defendant was convicted of the felonious sale of marijuana to a 12-year-old child.

State v. Cagle; Dickens v. DeBrew

*Attorney General Edmisten, by Assistant Attorney General Isham B. Hudson, Jr., for the State.*

*Robert L. Huffman, for defendant appellant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

There has been no order extending the time for docketing the record on appeal in this case. The record was not docketed within the time permitted by our rules and is subject to dismissal. We have, nevertheless, carefully considered the merits of the assignments of error brought forward and find no error that would require a new trial.

No error.